UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 3:22-CR-69-CCB-SJF |
| LAWRENCE POWELL | |

**ORDER**

On September 29, 2026, the Court received a letter (ECF 75) from Defendant Lawerence Powell requesting copies of any documents on the docket in this case since Mr. Powell's Section 2255 Motion (ECF 67) was filed on June 8, 2026, and asking for an extension of any pending deadlines in this case that are applicable to Mr. Powell. Mr. Powell reports that he has not received them. In the interest of justice, the Court **ORDERS** the Clerk to send the following documents to Lawrence Powell, in care of the Warden, pursuant to General Order 2018-15, at the following address:

Lawrence Powell c/o Warden
Pro se Petitioner
97769-510 C Unit
FCI Sandstone
PO Box 1000
Sandstone, MN 55072
**Special Mail: Open in Presence of Inmate ONLY**

- Clerk's letter to Warden sending requested documents (ECF 69 plus exhibits)
- Order regarding Mr. Powell's letter (ECF 70)
- Opinion and Order (ECF 71)
- Government's Motion for Extension of Time (ECF 72)
- Order granting ECF 72 (ECF 73)
- Government's Motion for Order Authorizing Disclosure of Information Pertinent to Ineffective Assistance Allegations (ECF 74)

Mr. Powell's extension request is also **GRANTED**. (ECF 75). The only deadline applicable to Mr. Powell when the Court received his extension request was the deadline for a response to the Government's most recent motion (ECF 74). Therefore, the deadline for a response to the Government's motion (ECF 74) is **EXTENDED** until **October 27, 2026**. *Cf.* N.D. Ind. L. Cr. R. 1-1(b); N.D. Ind. L.R. 7-1(d)(3).

SO ORDERED on October 13, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT