UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE POWELL | Case No. 3:22-CR-69-CCB-SJF |

**ORDER**

Before the Court is the Government's Motion, filed on September 22, 2026, for an Order Authorizing Disclosure of Information Pertinent to Ineffective Assistance Allegations. (ECF 74). On August 27, 2026, this Court denied all of Defendant Lawrence Powell's claims raised in his 28 U.S.C. § 2255 motion to vacate sentence except for his ineffective assistance of counsel claim regarding his counsel's failure to advise him on the sentencing impacts of pleading guilty in state court prior to his sentencing. On October 13, 2026, the Court granted Mr. Powell an extension of time to respond to the Government's instant Motion setting a deadline of October 27, 2026. (ECF 76). As of this date, Mr. Powell has not filed any response to the Government's Motion despite being afforded ample time to do so. Therefore, the Court can only assume that he does not oppose the Government's Motion.

The information sought by the Government is normally privileged. However, "the attorney-client privilege is generally waived when the client asserts claims or defenses that put his attorney's advice at issue in the litigation." *Garcia v. Zenith Elecs. Corp*. 58 F.3d 1171, 1175 n.1 (7th Cir. 1995). Though such waiver permits defense counsel

to disclose information, the "most prudent course" is for defense counsel to make that disclosure pursuant to a court order. *United States v. Evans*, 113 F.3d 1457, 1468 (7th Cir. 1997). For this reason, the Government's motion is **GRANTED**. (ECF 74). It is thus **ORDERED** that Mr. Powell's former attorney, Mr. Michael Tuszynski, is authorized to disclose information pertinent to Mr. Powell's allegations of ineffective assistance, including records, communications, and all other information pertinent to Mr. Powell's remaining ineffective-assistance claim.

SO ORDERED on November 5, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT