UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:22-CR-69 DRL |
| | ) | |
| LAWRENCE POWELL | ) | |

**UNITED STATES' SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S § 2255 MOTION**

The United States moves for additional time to file its response to the Defendant's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence as follows:

1. On June 8, 2026, the Defendant filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence. DE 67.

2. On August 27, 2026, the Court ordered the government to respond to Mr. Powell's claim that he was not properly advised regarding the sentencing impact of pleading guilty in state court. DE 71.

3. The current deadline for the government's response is November 16, 2026. DE 73.

4. An accurate response requires the government to investigate the actions and communications of Mr. Powell's defense counsel regarding this issue. The undersigned requested this information from that attorney.

5. On November 5, 2026, this Court found that the attorney-client privilege had been waived for these purposes and authorized the prior attorney to provide the requested information to the government.

6. As of today's date, the government has not yet received all the necessary information from the prior attorney.

For the foregoing reasons, the government respectfully requests an extension of time of 60 days to respond to Mr. Powell's 2255 motion, from November 16, 2026, up to and through January 15, 2027.

Respectfully submitted,

ADAM L. MILDRED
UNITED STATES ATTORNEY

BY: *s/Joel Gabrielse*

Joel Gabrielse
Assistant United States Attorney
M01 Robert A. Grant Federal Bldg.
204 S. Main Street
South Bend, Indiana 46601
Tel: (574) 236-8287
E-mail: Joel.Gabrielse@usdoj.gov