United States District Court
for the Northern District of Indiana
South Bend Division

-FILED-
NOV 03 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

United States of America,
Respondent/Plaintiff,

v.

Lawence Powell,
Petitioner/Defendant.

Case No.: 3:22-CR-69-CCB-SJF

Petitioner's Response to
Government's Request to Authorize Counsel to Disclose
Pertinent Information on Ineffective Assistance Allegations

Petitioner pro se Lawrence Powell respectfully files this response to the government's request to waive Attorney Tuszynski's duty to not disclose certain privileged information received by Powell on October 20th, 2026 from the Court Clerk. In response, Petitioner states:

**Relevant Background**

1. Powell filed a timely Motion to Vacate his May 19th, 2025 210 month sentence stemming from his guilty plea to possessing with intent to distribute 50 grams or more of methamphetamine. See ECF's 21 (Plea); 65 (Judgment and Conviction) and 67 (28 U.S.C. § 2255 Motion).

2. In reviewing Powell's six ground post conviction motion, the Court denied all but one. ECF 71 at 17. The single remaining claim alleged that Counsel failed to properly advise Powell regarding the sentencing impact and timing of his State guilty plea on unrelated charges. ECF 67 at 8.

3. The government requested Powell's sentencing attorney (Mr. Tuszynski) be allowed to answer questions, provide documents, and generally cooperate with the government's investigation of Petitioner's claims. ECF 74 at 2.

**Response**

Mr. Powell recognizes that by filing his claims of ineffective assistance of counsel, he implicitly waived certain attorney-client privileges. See In RE: Lott, 424 F.3d 446, 452-453 (6th Cir. 2005).

However, Powell asserts his § 2255 filing did not waive privilege on all client-attorney protected information, just the privileges attached to information pertaining to the remaining claim and the allegations raised therein. The waiver does not allow the government free reign, or permit Attorney Tusynski to reveal information other than a narrow set of claim related information that is "necessary to litigate" Mr. Powell's remaining Ineffectiveness claim. Lott at 453.

Mr. Powell does not object to Attorney Tuszynski being allowed to provide information tied to his 2255's claim six: Whether Mr. Tuszynski was ineffective when he failed to advise Mr. Powell on the impact and timing of Powell's non-urgent state guilty plea.

But, Mr. Powell does object to a general waiver of privilege that would allow Mr. Tuszynski to provide any information on any other aspect of Attorney Tusynski's representation of Mr. Powell.

**Conclusion**

Mr. Powell respectfully requests the Court narrowly authorize disclosure of his client-attorney protected information to that which is directly related to Mr. Tuszynski's alleged failure to advise Powell on the effect of pleading to State charges before his federal sentence was pronounced.

RESPECTFULLY SUBMITTED this 26 day of October, 2026.

Larry B. Powell

Lawrence Powell
Petitioner pro se,
97769-510 Unit C
Federal Correction Institution Sandstone
PO Box 1000
Sandstone, MN 55072
**SPECIAL MAIL: Open in the Presence of Inmate**

# Certificate of Service

I thereby certify that on this 26th day of **October**, 20**26** I placed with staff noted below my first class, postage prepaid envelope addressed to:

**United States District Court**
**Office of the Clerk**
**204 South Main Street**
**South Bend, IN, 46601-2194**

-FILED-
NOV 03 2026
AT ____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

containing my **Petitioner's Response to Motion to Waive Privilege** for outbound legal mail with:

☑ A.M. Legal Mail, or

☐ Unit Mail Box because a.m. legal mail was not available to me, specifically ______________________________

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, 487 U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

*Larry B. Powell*
Lawrence Powell

COMMITTED NAME: Lawrence Powell
REG. NO. & QTRS.: 97769-510 Unit C
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
SANDSTONE, MN 55072




⇔97769-510⇔
Clerk Of C United States Distr
Atten: Clerk of Court
204 S MAIN ST
ND of Indiana
South BEND, IN 46601
United States

LEGAL MAIL

United States District Court
Office of the Clerk
204 South Main Street
South Bend, IN, 46601-2194

46601$2194 C005