UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION



UNITED STATES OF AMERICA v. LAWRENCE POWELL
Case No. 3:22-CR-69-CCB-SJF (Related Case No. 3:26-CV-810)

NOTICE OF PENDING TRANSFER AND REQUEST TO SET REPLY DEADLINE FROM NEW ADDRESS

Petitioner Lawrence Powell, pro se, gives notice and requests as follows:

1. Petitioner has been told he will be transferred out of FCI Sandstone on or about Tuesday, November 10, 2026. He has not been told where he is going.

2. While in transit, Petitioner will not have his legal papers, law library access, or mail on a regular basis. Mail sent to FCI Sandstone after he leaves may be delayed or returned.

3. The Government's response to Petitioner's remaining § 2255 claim is due November 16, 2026. (ECF 73). Petitioner wishes to reply to it.

4. Petitioner will file a Notice of Change of Address promptly after he arrives at his new facility.

5. Petitioner respectfully requests that the Court:
(a) set any deadline for his reply to run 30 days from the date he files his Notice of Change of Address;
(b) not rule on his remaining claim before that reply deadline passes; and
(c) direct the Clerk to send all future orders and filings to the address in that Notice.

Respectfully submitted,

Larry B. Powell Date: 11/9, 2026

Lawrence Powell, Reg. No. 97769-510, Pro se
FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072
(until transfer; new address to follow)

-FILED-
NOV 16 2026
At __________ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## Certificate of Service

I thereby certify that on this 9th day of **November**, 20**26** I placed with staff noted below my first class, postage prepaid envelope addressed to: **Clerk of Court**
**United States District Court**
**204 South Main Street**
**South Bend, IN, 46601-2194**

-FILED-
NOV 16 2026
AT ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

containing my **Notice of Pending Transfer and Request to Set Deadline from New Address** for outbound legal mail with:

☐ A.M. Legal Mail, or

☑ Unit Mail Box because a.m. legal mail was not available to me, specifically Timing and availability of Law Library, my pending transfer, and need to notify court before I leave Sandstone.

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, **487** U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Larry D. Powell
**Lawrence Powell**