UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION



UNITED STATES OF AMERICA v. LAWRENCE POWELL
Case No. 3:22-CR-69-CCB-SJF (Related Case No. 3:26-CV-810)

MOTION TO CLARIFY THE SCOPE OF THE ORDER AUTHORIZING DISCLOSURE (ECF 77)

Petitioner Lawrence Powell, pro se, moves the Court to clarify its Order of November 5, 2026 (ECF 77), and states:

1. ECF 77 authorizes Petitioner's former counsel, Mr. Michael Tuszynski, to disclose "information pertinent to Mr. Powell's allegations of ineffective assistance," including information "pertinent to Mr. Powell's remaining ineffective-assistance claim." The Court entered it believing Petitioner had not responded. He had; see his Notice of Timely Filed Response, filed with this Motion.

2. Petitioner does not oppose disclosure on his one remaining claim: that counsel failed to advise him on the timing and sentencing impact of his state guilty plea before his federal sentencing. (ECF 71 at 14-17). By raising that claim he waived the privilege as to it.

3. The waiver reaches only what is needed to litigate that claim. In re Lott, 424 F.3d 446, 453 (6th Cir. 2005) (implied waivers are "construed narrowly"); Bittaker v. Woodford, 331 F.3d 715, 720-22 (9th Cir. 2003) (en banc). The phrase "allegations of ineffective assistance" could be read to include the claims this Court has already denied, which are no longer at issue.

4. Petitioner therefore asks the Court to clarify that:
(a) disclosure is limited to communications and information about counsel's advice, or lack of advice, on the timing and sentencing effect of Petitioner's state guilty plea;
(b) the privilege remains in place for all other matters, including the denied claims;
(c) anything disclosed may be used only in this § 2255 proceeding; and
(d) Petitioner be served with any affidavit or materials counsel provides.

-FILED-
NOV 16 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Respectfully submitted,

[signature] Date: 11/9, 2026

Lawrence Powell, Reg. No. 97769-510, Pro se
FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072

# Certificate of Service

I thereby certify that on this 9th day of **November**, 20**26** I placed with staff noted below my first class, postage prepaid envelope addressed to:

**Clerk of Court**
**United States District Court**
**204 South Main Street**
**South Bend, IN, 46601-2194**

containing my **Motion to Clarify the Scope of the Order Authorizing Disclosure (ECF 77)** for outbound legal mail with:

☐ A.M. Legal Mail, or

☑ Unit Mail Box because a.m. legal mail was not available to me, specifically Timing and availbility of Law Library, my pending transfer, and need to notify court before I leave Sandstone.

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, **487** U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

Larry B. Powell

**Lawrence Powell**