UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA, SOUTH BEND DIVISION

UNITED STATES OF AMERICA v. LAWRENCE POWELL
Case No. 3:22-CR-69-CCB-SJF (Related Case No. 3:26-CV-810)

NOTICE OF TIMELY FILED RESPONSE TO ECF 74

Petitioner Lawrence Powell, pro se, gives notice as follows:

1. The Court extended Petitioner's deadline to respond to the Government's Motion for Order Authorizing Disclosure (ECF 74) to October 27, 2026. (ECF 76).

2. On October 26, 2026, Petitioner placed his "Petitioner's Response to Motion to Waive Privilege" in the institution's A.M. legal mail at FCI Sandstone, first-class postage prepaid, addressed to the Clerk at 204 South Main Street, South Bend, IN 46601-2194. His signed certificate of service, sworn under 28 U.S.C. § 1746, states that date.

3. Under the prison mailbox rule, the response was filed on October 26, 2026, the day he delivered it to prison staff for mailing. Houston v. Lack, 487 U.S. 266, 276 (1988). It was timely.

4. The response does not appear on the docket. The Court's Order of November 5, 2026 (ECF 77) states that Petitioner filed no response and assumes he does not oppose ECF 74. Petitioner did respond. He did not oppose disclosure on his remaining claim; he objected to any disclosure beyond it.

5. Petitioner respectfully asks the Clerk to locate the response mailed October 26, 2026, and to docket it as filed on that date. If it cannot be located, Petitioner asks the Court to accept this Notice as a statement of his position and will provide a copy on request.

Respectfully submitted,

[signature] Date: 11/9, 2026

Lawrence Powell, Reg. No. 97769-510, Pro se
FCI Sandstone, P.O. Box 1000, Sandstone, MN 55072

-FILED-
NOV 16 2026
At ______ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# Certificate of Service

I thereby certify that on this 9th day of **November**, 20**26** I placed with staff noted below my first class, postage prepaid envelope addressed to:

**Clerk of Court**
**United States District Court**
**204 South Main Street**
**South Bend, IN, 46601-2194**

containing my **Notice of Timely Filed Response to ECF 74**
for outbound legal mail with:

☐ A.M. Legal Mail, or

☑ Unit Mail Box because a.m. legal mail was not available to me, specifically Timing and availability of Law Library, my pending transfer, and need to notify court before I leave Sandstone.

Note: A.M. Legal mail is the designated legal mail system, but unit mail is used as the alternate mail drop as it is the regular institution mail.

**PLEASE NOTE:** In the interest of efficiency, the Clerk is respectfully requested to **SERVE**, via the ECF system, ALL PARTIES not listed above.

Further, I request the Court clerk **FILE** the included motions and documents under the "Prisoner Mailbox Rule" on the **DATE** noted above, pursuant Houston v. Lack, **487** U.S. 266, 267 (1988). Sworn as true and correct under pains and penalties of perjury. Executed on the above noted date under 28 U.S.C. §1746.

[signature]
**Lawrence Powell**